992 A.2d 109

COMMONWEALTH of Pennsylvania, Respondent

v.

Anthony ABRUE, Petitioner.

Supreme Court of Pennsylvania.

April 7, 2010.

542

## ORDER

PER CURIAM.

**AND NOW,** this 7th day of April, 2010, the Petition for Allowance of Appeal is **GRANTED** and the Order of the Superior Court is **VACATED,** insofar as it disposed of Petitioner's challenge to his judgment of sentence on Confrontation Clause grounds. The case is **REMANDED** for reconsideration of that issue in light of *Commonwealth v. Allshouse,* 604 Pa. 61, 985 A.2d 847 (2009). The Petition for Allowance of Appeal is denied in all other respects.